IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CV-590-D-RJ

BOBBY CORLEONE a/k/a, MAHMOOD
MALIK

    Plaintiff,

v.

LAWRENCE TRANSPORT SYSTEMS, INC.
AND SEAN T. JACKSON,

    Defendants.

**ORDER GRANTING JOINT MOTION TO
SUBSTITUTE MEDIATOR**

Plaintiff Bobby Corleone a/k/a Mahmood Malik and Defendants Lawrence Transport Systems, Inc. and Sean T. Jackson filed a Joint Motion to Substitute Mediator. [DE: #32]. Specifically, the parties wish for Scott C. Hart of Sumrell Sugg, P.A. to serve as the mediator.

Mr. Hart has agreed to serve as the mediator in this matter, and he has been served with a copy of the joint motion seeking to appoint him as the mediator in this matter.

IT IS ORDERED, pursuant to Local Rule 101.1c(a), that Scott C. Hart is appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 101.1d(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 101.1e.

FINALLY, it is ORDERED that Jacqueline R. Clare is relieved as the mediator in this matter.

SO ORDERED. This the 4 day of February, 2025.

_____
JAMES C. DEVER III
United States District Judge

2